IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FRANK JONES,

    Petitioner-Appellant,

vs.                                              Case No. CV 119-011

WARDEN, Baldwin State Prison,

    Respondent-Appellee.

ORDER

    The motion of appellant for a certificate of appealability having been denied in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

    **IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

    SO ORDERED, this 23rd day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA